# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carter, Austin E. | U.S. Bankruptcy Court, Middle District of Georgia | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

433 Cherry Street, First Floor
Macon, GA 31201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary and Retirement Plan Trustee | M. Gary Carter, M.D., P.A. |
| 2. | Member, Board of Directors | Vine Ingle Little League |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | May 2014 | Return of capital and partnership buyout with former law firm, Stone & Baxter, LLP; payments ended June 2015 |
| 2. | 2006 | SunTrust Bank Retirement Plan (spouse); former employer of spouse; employment ended in 2006 [no distributions until 2039] |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Coastal Bankruptcy Law Institute | 05/07/2015 to 05/08/2015 | Savannah, GA | To Speak at Continuing Legal Education Seminar | Hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash Accounts; State Bank & Trust | A | Interest | L | T | | | | | |
| 2. Brokerage Account (IRA) | | | | | | | | | |
| 3. - Pepsico common stock | A | Dividend | J | T | | | | | |
| 4. - iShares Emerging Market ETF | A | Dividend | | | Sold | 01/16/15 | J | | |
| 5. - First Trust Sabrient Bakers Dozen Port 2015 Series Term 02/19/2016 | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 6. - Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | | | | | |
| 7. - Plum Creek Timber Co. | A | Dividend | J | T | | | | | |
| 8. - Raymond James Bank, N.A. | A | Interest | J | T | | | | | |
| 9. - Citibank, N.A. (Y) | | | | | | | | | |
| 10. - Synchrony Bank (Y) | | | | | | | | | |
| 11. - Community Trust Bank (Y) | | | | | | | | | |
| 12. - Regions Bank (Y) | | | | | | | | | |
| 13. Vanguard Equity Income Fund (IRA) | D | Dividend | M | T | | | | | |
| 14. Dodge & Cox International Stock Fund (IRA) | A | Dividend | J | T | | | | | |
| 15. Franklin Mutual Beacon Fund (IRA) | A | Dividend | K | T | | | | | |
| 16. SunTrust Bank 401(k) Account | | | | | | | | | |
| 17. - Vanguard Russell 2000 Value Index Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Vanguard Total Bond Market Index Fund | A | Dividend | J | T | | | | | |
| 19.   - Vanguard Inflation Protected Securities Fund | A | Dividend | J | T | | | | | |
| 20.   - Vanguard Target Retirement 2040 Fund | A | Dividend | K | T | | | | | |
| 21.   - SunTrust Banks, Inc. common stock | A | Dividend | | | Sold | 05/05/15 | J | | |
| 22.   Northwestern Mutual Whole Life Policy (Y) | | | | | | | | | |
| 23.   Mass Mutual Whole Life Policy | A | Dividend | J | T | | | | | |
| 24.   Mass Mutual Whole Life Policy | A | Dividend | J | T | | | | | |
| 25.   OneAmerica (f/k/a The State Life Ins Co.) Whole Life Policy (1/3 owner | A | Dividend | J | T | | | | | |
| 26.   Checking Account; State Bank & Trust (Y) | | | | | | | | | |
| 27.   Mass Mutual Whole Life Policy (1/4 ownership) (X) | A | Dividend | L | T | | | | | |
| 28.   Mass Mutual Whole Life Policy (1/3 ownership) (X) | A | Dividend | M | T | | | | | |
| 29.   Vanguard 529 College Savings Plan (Nevada) (X) | | | | | | | | | |
| 30.   - Vanguard Conservative Growth Portfolio (X) | A | Int./Div. | J | T | | | | | |
| 31.   - Vanguard Moderate Growth Portfolio (X) | A | Int./Div. | J | T | | | | | |
| 32.   Vanguard 529 College Savings Plan (Nevada) (X) | | | | | | | | | |
| 33.   - Vanguard Value Index Portfolio (X) | A | Int./Div. | J | T | | | | | |
| 34.   - Vanguard Aggressive Growth Portfolio (X) | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard 529 College Savings Plan (Nevada) (X) | | | | | | | | | |
| 36. - Vanguard Aggressive Growth Portfolio (X) | A | Int./Div. | J | T | | | | | |
| 37. - Vanguard Value Index Portfolio (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 9-12: The balances in these cash accounts (part of Raymond James Cash Deposit Program in my IRA) were spent toward the acquistion reflected in Part VII, Line 5.

Part VII, Line 26: Per applicable rules, I aggregated this account with the Cash Account at the same institution listed in Part VII, Line 1.

Part VII, Lines 27 and 28: These policies were transfered to me (to hold jointly with others) during 2015.

Part VII, Lines 29-37: I have not reported these three Section 529 College Savings Accounts previously because I considered them exempt from reporting since _____ ) own these accounts. However, the revised Instructions for this year's financial disclosure report make clear that these Section 529 accounts should be reported.

AMENDED REPORT EXPLANATIONS:

Part VII, Line 22: This insurance policy was closed/surrendered in 2014 (as shown on my 2014 report), and thus should not have been included in this 2015 report.

Part VII, Line 25: The original 2015 report neglected to show that this insurance policy is a 1/3 ownership interest.

| Name of Person Reporting | Date of Report |
|---|---|
| Carter, Austin E. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Austin E. Carter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544